IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00059-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FREDERICK BRYE,

        Defendant.

## ORDER VACATING SUPERVISED RELEASE VIOLATION WARRANT AND UNSUCCESSFULLY TERMINATING TERM OF SUPERVISED RELEASE

      This matter comes to the attention of the Court upon report of the probation officer of this Court, that the Defendant has completed a nine year custodial sentence imposed in Denver District Court Case No. CR000661. The Defendant was released from state custody on October 31, 2006, and is subject to two years of mandatory state parole supervision. As the Defendant has served a considerable term of imprisonment which will be followed by state parole supervision, it is

      ORDERED that the Supervised Release Violation warrant heretofore issued on the 29th day of September, 2000, is hereby vacated and the term of Supervised Release imposed in this case is terminated unsuccessfully.

      DATED at Denver, Colorado, this 2 day of November, 2006.

BY THE COURT:

RICHARD P. MATSCH